

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

HARVEY PETERSIEL,
JEAN PETERSIEL
PLAINTIFFS

V.

BELLSPORTS, CORP;
BELL SPORTS, INC;
GIRO SPORT DESIGN INTERNATIONAL, INC;
and
GSD LIQUIDATION, INC f/k/a GIRO SPORT DESIGN, INC

Defendants

**SUMMONS IN A CIVIL ACTION**

04-12050 RCL

CASE NUMBER:

TO: (Name and address of Defendant)

BELL SPORTS CORP
[address illegible]

04126915

Route Clerk
Date Entry Clerk:
Disposition Clerk:

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENNETH M LEVINE & ASSOCIATES
370 WASHINGTON STREET
BROOKLINE VILLAGE, MA 02445

an answer to the complaint which is served on you with this summons, within **TWENTY** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                SEP 22 2004

CLERK                                         DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/15/04 | |
| NAME OF SERVER (PRINT) G. Forester #438 | TITLE Deputy Constable, Dallas County P#4 | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Bell Sports Corp, V.P. Tim Brasher
6225 N State Hwy 161 # 300
Irving TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/14/04

Signature of Server  _____ #438

R. L. SKINNER
CONSTABLE PCT. 4
DALLAS COUNTY
841 W. IRVING BLVD.
IRVING, TX 75060

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# DALLAS COUNTY CONSTABLE
## PRECINCT 4
### R.L. SKINNER, CONSTABLE

## CONSTABLE'S RETURN

Harvey/Jean Petersiel VS Bellsports Corp et al

CAUSE # 04-12050 RCL

CAME TO HAND ON THE 4 DAY OF Oct A.D. 2004, AT 12:21 O'CLOCK P M AND EXECUTED ON THE 14 DAY OF Oct, 2004 2:10 O'CLOCK, P M. By delivering to

Bell Sports Corp, 6225 N State Hwy 161 Suite 300, Irving V.P. Jim Binsher Defendant or Defendants, in person a true copy of this citation

Not served as to the following named Defendant(s) for the reasons set opposite name

This the 15 day of Oct, 2004.

FEES:  SERVING $ _____
       COPY
       TOTAL    , 55

G. FORESTER

CONSTABLE PCT. 4
DALLAS COUNTY
STATE OF TEXAS

#438
Deputy Signature

*********************************************************

Signed and sworn to by the said Glenn Forrester before me this 18 day of October, 2004, to certify which witness my hand and seal of office.

Anabelle R.
Notary Public, Dallas County
State of Texas
my commission expires 3-13-06

ANABELLE RIOS
Notary Public State of Texas
Commission Expires
MARCH 13, 2006

---

Dallas County Government Center
630 W. Main Street
Grand Prairie, Texas 75050

Dallas County Government Center
841 W. Irving Blvd.
Irving, Texas 75560