UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY PETERSIEL and<br>JEAN PETERSIEL<br><br>Plaintiffs,<br>v.<br><br>BELL SPORTS CORP.;<br>BELL SPORTS, INC.;<br>GIRO SPORT DESIGN<br>INTERNATIONAL, INC.;<br>and GSD LIQUIDATION, INC.,<br>f/k/a GIRO SPORT DESIGN, INC.<br><br>Defendants. | C.A. NO.: 04-12050 RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Mary M. McGoldrick of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendants, Bell Sports Corp., Bell Sports, Inc., and Giro Sport Design International, Inc.

The Defendants,
BELL SPORTS CORP., BELL SPORTS, INC.,
And GIRO SPORT DESIGN
INTERNATIONAL, INC.,

By its Attorneys,
Campbell Campbell Edwards & Conroy,
Professional Corporation

Mary M. McGoldrick, BBO #550557
James M. Campbell, BBO #541882
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA  02446

_____
Mary M. McGoldrick