UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY PETERSIEL and <br> JEAN PETERSIEL <br><br> Plaintiffs, <br> v. <br><br> BELL SPORTS CORP.; <br> BELL SPORTS, INC.; <br> GIRO SPORT DESIGN <br> INTERNATIONAL, INC.; <br> and GSD LIQUIDATION, INC., <br> f/k/a GIRO SPORT DESIGN, INC. <br><br> Defendants. | C.A. NO.: 04-12050 RCL |

### DEFENDANTS, BELL SPORTS CORP., BELL SPORTS, INC., AND GIRO SPORT DESIGN INTERNATIONAL, INC.'S, MOTION TO DISMISS

Now come the Defendants, Bell Sports Corp., Bell Sports, Inc., and Giro Sport Design International, Inc.,[1] and hereby respectfully submit by motion, in lieu of filing an Answer, a request that Plaintiffs' Complaint be dismissed, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, the Defendants state that Plaintiffs' Complaint is barred by the Massachusetts three-year statute of limitations on personal injury actions, M.L.G. c. 260, § 2A.

In further support, the Defendants incorporate as if fully set forth herein the attached Memorandum of Law in Support of Defendants, Bell Sports Corp., Bell Sports, Inc., and Giro Sport Design International, Inc.'s, Motion to Dismiss.

---

[1] On information and belief, service of process has not been made on Defendant GSD Liquidation, Inc. f/k/a Giro Sport Design, Inc.

WHEREFORE, Defendants, Bell Sports Corp., Bell Sports, Inc., and Giro Sport Design International, Inc., respectfully request that Plaintiffs' Complaint be dismissed.

The Defendants,

BELL SPORTS CORP.,
BELL SPORTS, INC., and
GIRO SPORT DESIGN
INTERNATIONAL, INC.,

By its Attorneys,
Campbell Campbell Edwards & Conroy,
Professional Corporation

Mary M. McGoldrick, BBO #550557
James M. Campbell, BBO #541882
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446

Mary M. McGoldrick

2