UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY PETERSIEL and<br>JEAN PETERSIEL<br><br>        Plaintiffs,<br>v.<br><br>BELL SPORTS CORP.;<br>BELL SPORTS, INC.;<br>GIRO SPORT DESIGN<br>INTERNATIONAL, INC.;<br>and GSD LIQUIDATION, INC.,<br>f/k/a GIRO SPORT DESIGN, INC.<br><br>        Defendants. | C.A. NO.: 04-12050 RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendants, Bell Sports Corp., Bell Sports, Inc., and Giro Sport Design International, Inc.

> The Defendants,
> BELL SPORTS CORP., BELL SPORTS, INC.,
> And GIRO SPORT DESIGN
> INTERNATIONAL, INC.,
>
> By its Attorneys,
> Campbell Campbell Edwards & Conroy,
> Professional Corporation
>
> /s/ Jim Campbell
> James M. Campbell, BBO #541882
> One Constitution Plaza
> Boston, MA 02129
> (617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446

_____
Mary M. McGoldrick