UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARVEY PETERSIEL and )
JEAN PETERSIEL )
)
Plaintiffs, )
v. ) C.A. NO.: 04-12050 RCL
)
BELL SPORTS CORP.; )
BELL SPORTS, INC.; )
GIRO SPORT DESIGN )
INTERNATIONAL, INC.; )
and GSD LIQUIDATION, INC., )
f/k/a GIRO SPORT DESIGN, INC. )
)
Defendants. )

## DEFENDANT BELL SPORTS INC.'S CORPORATE DISLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), the Defendant Bell Sports Inc., a non-governmental corporation, hereby certifies that Bell Sports Corp. is the parent company of Bell Sports, Inc. and that no company owns 10% or more of its stock.

The Defendant,

BELL SPORTS INC.,

By its Attorneys,
Campbell Campbell Edwards & Conroy,
Professional Corporation

_/s/ Mary McGoldrick_
Mary M. McGoldrick, BBO #550557
James M. Campbell, BBO #541882
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA  02446

_____
Mary M. McGoldrick