UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARVEY PETERSIEL and
JEAN PETERSIEL

    Plaintiffs,

v.

BELL SPORTS CORP.;
BELL SPORTS, INC.;
GIRO SPORT DESIGN
INTERNATIONAL, INC.;
and GSD LIQUIDATION, INC.,
f/k/a GIRO SPORT DESIGN, INC.

    Defendants.

C.A. NO.: 04-12050 RCL

## DEFENDANT BELL SPORTS INC.'S CORPORATE DISLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), the Defendant Bell Sports Inc., a non-governmental corporation, hereby certifies that Bell Sports Corp. is the parent company of Bell Sports, Inc. and that no company owns 10% or more of its stock.

    The Defendant,

    BELL SPORTS INC.,

    By its Attorneys,
    Campbell Campbell Edwards & Conroy,
    Professional Corporation

    Mary M. McGoldrick, BBO #550557
    James M. Campbell, BBO #541882
    One Constitution Plaza
    Boston, MA 02129
    (617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA  02446

_____
Mary M. McGoldrick