UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY PETERSIEL and<br>JEAN PETERSIEL<br><br>　　　Plaintiffs,<br>v.<br><br>BELL SPORTS CORP.;<br>BELL SPORTS, INC.;<br>GIRO SPORT DESIGN<br>INTERNATIONAL, INC.;<br>and GSD LIQUIDATION, INC.,<br>f/k/a GIRO SPORT DESIGN, INC.<br><br>　　　Defendants. | C.A. NO.: 04-12050 RCL |

## DEFENDANT GIRO SPORT DESIGN INTERNATIONAL, INC.'S
## CORPORATE DISLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), the Defendant Giro Sport Design International, Inc., a non-governmental corporation, hereby certifies that it is a wholly owned subsidiary of Bell Sports, Inc. and that no company owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　The Defendant,

　　　　　　　　　　　　　　　　　GIRO SPORT DESIGN
　　　　　　　　　　　　　　　　　INTERNATIONAL INC,

　　　　　　　　　　　　　　　　　By its Attorneys,
　　　　　　　　　　　　　　　　　Campbell Campbell Edwards & Conroy,
　　　　　　　　　　　　　　　　　Professional Corporation

　　　　　　　　　　　　　　　　　_/s/ Mary M. McGoldrick_____
　　　　　　　　　　　　　　　　　Mary M. McGoldrick, BBO #550557
　　　　　　　　　　　　　　　　　James M. Campbell, BBO #541882
　　　　　　　　　　　　　　　　　One Constitution Plaza
　　　　　　　　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　　　　　　　　(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA  02446

Mary M. McGoldrick