UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY PETERSIEL and <br> JEAN PETERSIEL <br><br> Plaintiffs, <br> v. <br><br> BELL SPORTS CORP.; <br> BELL SPORTS, INC.; <br> GIRO SPORT DESIGN <br> INTERNATIONAL, INC.; <br> and GSD LIQUIDATION, INC., <br> f/k/a GIRO SPORT DESIGN, INC. <br><br> Defendants. | C.A. NO.: 04-12050 RCL |

## DEFENDANT GIRO SPORT DESIGN INTERNATIONAL, INC.'S CORPORATE DISLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), the Defendant Giro Sport Design International, Inc., a non-governmental corporation, hereby certifies that it is a wholly owned subsidiary of Bell Sports, Inc. and that no company owns 10% or more of its stock.

The Defendant,

GIRO SPORT DESIGN
INTERNATIONAL INC,

By its Attorneys,
Campbell Campbell Edwards & Conroy,
Professional Corporation

Mary M. McGoldrick, BBO #550557
James M. Campbell, BBO #541882
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA  02446

Mary M. McGoldrick

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY PETERSIEL and<br>JEAN PETERSIEL<br><br>    Plaintiffs,<br>v.<br><br>BELL SPORTS CORP.;<br>BELL SPORTS, INC.;<br>GIRO SPORT DESIGN<br>INTERNATIONAL, INC.;<br>and GSD LIQUIDATION, INC.,<br>f/k/a GIRO SPORT DESIGN, INC.<br><br>    Defendants. | C.A. NO.: 04-12050 RCL |

### DEFENDANT BELL SPORTS CORP.'S CORPORATE DISLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), the Defendant Bell Sports Corp., a non-governmental corporation, hereby certifies that it has no parent company and that no company owns 10% or more of its stock.

The Defendant,

BELL SPORTS CORP.,

By its Attorneys,
Campbell Campbell Edwards & Conroy,
Professional Corporation

*[signature]*
Mary M. McGoldrick, BBO #550557
James M. Campbell, BBO #541882
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA  02446


*Mary M. McGoldrick*
Mary M. McGoldrick

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY PETERSIEL and<br>JEAN PETERSIEL<br><br>Plaintiffs,<br>v.<br><br>BELL SPORTS CORP.;<br>BELL SPORTS, INC.;<br>GIRO SPORT DESIGN<br>INTERNATIONAL, INC.;<br>and GSD LIQUIDATION, INC.,<br>f/k/a GIRO SPORT DESIGN, INC.<br><br>Defendants. | C.A. NO.: 04-12050 RCL |

## DEFENDANT BELL SPORTS INC.'S CORPORATE DISLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), the Defendant Bell Sports Inc., a non-governmental corporation, hereby certifies that Bell Sports Corp. is the parent company of Bell Sports, Inc. and that no company owns 10% or more of its stock.

The Defendant,

BELL SPORTS INC.,

By its Attorneys,
Campbell Campbell Edwards & Conroy,
Professional Corporation

_/s/ Mary M. McGoldrick_
Mary M. McGoldrick, BBO #550557
James M. Campbell, BBO #541882
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA  02446

_____
Mary M. McGoldrick