UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: CV-04-12050-RCL

HARVEY PETERSIEL,
JEAN PETERSIEL

    Plaintiff

vs.

BELL SPORTS, CORP.;
BELL SPORTS, INC.;
GIRO SPORT DESIGN INTERNATIONAL, INC.;
and GSD LIQUIDATION, INC.,
f/k/a GIRO SPORT DESIGN, INC.

    Defendants

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
-ASSENTED TO-**

NOW COMES the Plaintiffs in the above captioned action, by and through their attorneys Kenneth M. Levine and Kenneth M. Levine & Associates, and respectfully requests that this Honorable Court extend the time in to file Plaintiff's Opposition to the Defendant's Motion to Dismiss.

The Defendant's Motion to Dismiss was filed on November 15, 2004, giving the Plaintiff's until November 29, 2004 to file their opposition. Due to a current arbitration that our office is engaged in, we request that the motion to file Plaintiff's opposition be December 13, 2004. Defense counsel was notified on November 23, 2004 and assents to this motion.

By Plaintiff's Attorneys,

\_\_\_\_/ S_____
Kenneth M. Levine, BBO# 296850
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700

Defendants,
By their attorneys,


\_\_\_\_\_/ S_____
Mary M. McGoldrick, BBO# 550557
James M. Campbell, BBO #541882
CAMPBELL CAMPBELL EDWARDS & CONROY
One Constitutional Plaza
Third Floor
Boston, MA 02129
617-241-3000

Dated :   November 30, 2004