UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARVEY PETERSIEL and <br> JEAN PETERSIEL <br><br> Plaintiffs, <br> v. <br><br> BELL SPORTS CORP; <br> BELL SPORTS, INC.; <br> GIRO SPORT DESIGN <br> INTERNATIONAL, INC.; <br> and GSD LIQUIDATION, INC., <br> f/k/a GIRO SPORT DESIGN, INC. <br><br> Defendants. | C.A. NO.: 04-12050 RCL |

### DEFENDANTS, BELL SPORTS CORP, BELL SPORTS, INC., AND GIRO SPORT DESIGN INTERNATIONAL, INC.'S, MOTION FOR LEAVE TO FILE A REPLY BRIEF

Now come the Defendants, Bell Sports Corp, Bell Sports, Inc., and Giro Sport Design International, Inc., and hereby respectfully request, pursuant to Local Rule 7.1(B)(3), leave to file a Reply Brief to Plaintiffs' Opposition to Defendants' Motion to Dismiss. In support thereof, the Defendants state that Plaintiffs' Opposition raises for the first time the issue of the application of the *discovery rule* to Plaintiffs' cause of action. Plaintiffs' assertion that the discovery rule tolls the statute of limitations in this instance is inconsistent with the state of the law as well as prior filings in this case including Plaintiffs' Complaint which fails to reference lack of discovery as the basis of Plaintiffs' late filing and an Affidavit previously filed by Plaintiffs' counsel in which he concedes that the statute of limitations has expired and Plaintiffs' cause of action is time barred.

(See Exhibit "A" and Exhibit "D" to the Memorandum of Law in Support of Defendant's Motion to Dismiss). In the interests of justice and to allow full and fair consideration of the merits of Defendants' motion, the Defendants' respectfully request an opportunity to brief the Court on the law as it applies to Plaintiffs' assertion that the discovery doctrine tolls their cause of action.

The Defendants attach hereto as Exhibit "A" their proposed Reply Brief.

WHEREFORE, Defendants, Bell Sports Corp, Bell Sports, Inc., and Giro Sport Design International, Inc., respectfully request leave to file the attached Reply Brief.

The Defendants,

BELL SPORTS CORP,
BELL SPORTS, INC., and
GIRO SPORT DESIGN
INTERNATIONAL, INC.,

By its Attorneys,
Campbell Campbell Edwards & Conroy,
Professional Corporation


/s/ Mary M. McGoldrick
Mary M. McGoldrick, BBO #550557
James M. Campbell, BBO #541882
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Mary M. McGoldrick, counsel for the defendants, Bell Sports Corp, Bell Sports, Inc., and Giro Sport Design International, Inc., hereby certify that on or about December 16, 2004, I conferred by telephone with Kenneth Levine, Esquire, of the Law Office of Kenneth Levine regarding the issues raised by the instant motion and our intention of filing such motion. Attorney Levine and I were unable to resolve or narrow the issues presented to this court herein.

/s/ Mary M. McGoldrick
Mary M. McGoldrick BBO #550557
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2004, a true copy of the above document was sent by first-class mail, postage prepaid, to the following counsel of record:

Kenneth M. Levine, Esq.
Law Office of Kenneth Levine
370 Washington Street
Brookline, MA  02445

/s/ Mary M. McGoldrick
Mary M. McGoldrick