UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-12050-RCL

HARVEY PETERSIEL,
JEAN PETERSIEL

    Plaintiff

vs.

BELL SPORTS, CORP.;
BELL SPORTS, INC.;
GIRO SPORT DESIGN INTERNATIONAL, INC.;
and GSD LIQUIDATION, INC.,
f/k/a GIRO SPORT DESIGN, INC.

    Defendants

## NOTICE OF TEMPORARY WITHDRAWAL

COMES NOW Kenneth M. Levine and pursuant to the Notice of Suspension for a period of thirty (30) days issued on January 21, 2005, and hereby **temporarily** withdraws as counsel for the Plaintiff in the above referenced matter. Attorney Sheila Mone shall remain as counsel or the Plaintiff.

Respectfully submitted this 4th day of February, 2005

Kenneth M. Levine, BBO #296850
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700