UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES**

V.                                                              CIVIL ACTION NO. **04-10250-RCL**

**BELL SPORTS, CORP., ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of April 7, 2005 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants, Bell Sports, Corp., Bell Sports, Inc. and Giro Sport Design International, Inc. dismissing this action.

April 21, 2005                                                                /s/ Lisa M. Hourihan
                                                                                              Deputy Clerk