UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
DOCKET NO: 04-12050-RCL

HARVEY PETERSIEL,
JEAN PETERSIEL

    Plaintiff

vs.

BELL SPORTS, CORP.;
BELL SPORTS, INC.;
GIRO SPORT DESIGN INTERNATIONAL, INC.;
and GSD LIQUIDATION, INC.,
f/k/a GIRO SPORT DESIGN, INC.

    Defendants

## PLAINTIFFS' NOTICE OF APPEAL

NOW COME the Plaintiffs in the above entitled action and appeals the Judgment of Dismissal entered on April 21, 2005.

    Plaintiffs,
    By their Attorneys,

    Kenneth M. Levine, BBO #296850
    KENNETH M. LEVINE & ASSOCIATES
    370 Washington Street
    Brookline, MA 02446
    617-566-2700

DATED: 5/20/05

1