# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12050

Harvey Petersiel, et al

v.

Bell Sports, Corp., et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/20/05 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 24, 2005.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/25/05

*Burchard*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12050-RCL

Petersiel et al v. Bell Sports, Corp. et al
Assigned to: Judge Reginald C. Lindsay
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/22/2004
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Harvey Petersiel**       represented by **Kenneth M. Levine**
Law Office of Kenneth Levine
370 Washington St.
Brookline, MA 02445
617-566-2700
Fax: 617-566-6144
Email: Klevine@Klevinelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Petersiel**       represented by **Kenneth M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Bell Sports, Corp.** | represented by | **James M. Campbell**<br>Campbell, Campbell,<br>Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129<br>617-241-3000<br>Fax: 617-241-5115<br>Email:<br>jmcampbell@campbell-trial-lawyers.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | | **Mary M. McGoldrick**<br>Campbell, Campbell,<br>Edwards & Conroy, PC<br>One Constitution Plaza<br>Third Floor<br>Boston, MA 02129<br>617-241-3000<br>Fax: 617-241-5115<br>Email:<br>mmcgoldrick@campbell-trial-lawyers.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bell Sports, Inc.** | represented by | **James M. Campbell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | | **Mary M. McGoldrick**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**Giro Sport Design International, Inc.**

represented by **James M. Campbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Mary M. McGoldrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**GSD Liquidation, Inc.**
*formerly known as*
Giro Sport Design, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2004 | 1 | COMPLAINT AND DEMAND FOR TRIAL BY JURY Filing fee: $ 150, receipt number 58881, filed by Harvey Petersiel, Jean Petersiel. (Attachments: # 1 Civil Cover Sheet)(Stanhope, Don) (Entered: 09/24/2004) |
| 09/22/2004 |  | Summons Issued as to Bell Sports, Corp., Bell Sports, Inc., GSD Liquidation, Inc., Giro Sport Design International, Inc.. (Stanhope, Don) (Entered: 09/24/2004) |
| 09/22/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. |

| | | |
|---|---|---|
| | | (Stanhope, Don) (Entered: 09/24/2004) |
| 10/21/2004 | 2 | AFFIDAVIT OF SERVICE Executed by Harvey Petersiel, Jean Petersiel. Bell Sports, Corp. served on 10/14/2004, answer due 11/3/2004. Acknowledgement filed by Harvey Petersiel ; Jean Petersiel. (Mone, Sheila) (Entered: 10/21/2004) |
| 10/25/2004 | 3 | NOTICE of Appearance by Mary McGoldrick on behalf of Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc. (Stanhope, Don) (Entered: 10/26/2004) |
| 10/25/2004 | 4 | MOTION to Dismiss by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc.. (Stanhope, Don) (Entered: 10/26/2004) |
| 10/25/2004 | 5 | MEMORANDUM of LAW in Support of 4 MOTION to Dismiss filed by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc.. (Attachments: # 1 Exhibit A-E NOT SCANNED) (Stanhope, Don) (Entered: 10/26/2004) |
| 10/27/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 4 Motion to Dismiss without prejudice because the moving party has failed to comply with Local Rule 7.1. (Hourihan, Lisa) (Entered: 10/27/2004) |
| 10/28/2004 | 6 | NOTICE of Appearance by James M. Campbell on behalf of Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc. (Stanhope, Don) (Entered: 10/29/2004) |
| 10/28/2004 | 7 | CORPORATE DISCLOSURE STATEMENT by Bell Sports, Corp.. (Stanhope, Don) (Entered: 10/29/2004) |
| 10/28/2004 | 8 | CORPORATE DISCLOSURE STATEMENT by Bell Sports, Inc.. (Stanhope, Don) (Entered: 10/29/2004) |
| 10/28/2004 | 9 | CORPORATE DISCLOSURE STATEMENT by Giro Sport Design International, Inc.. (Stanhope, Don) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2004) |
| 11/12/2004 | 10 | First MOTION to Dismiss by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc.. (Campbell, James) (Entered: 11/12/2004) |
| 11/12/2004 | 11 | First MEMORANDUM in Support re 10 First MOTION to Dismiss filed by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc.. (Attachments: # 1 Supplement Corporate Disclosures (3))(Campbell, James) (Entered: 11/12/2004) |
| 11/15/2004 | 12 | First MOTION to Dismiss by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc.. (Campbell, James) (Entered: 11/15/2004) |
| 11/15/2004 | 13 | First MEMORANDUM in Support re 12 First MOTION to Dismiss filed by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc.. (Campbell, James) (Entered: 11/15/2004) |
| 11/15/2004 | | Notice of correction to docket made by Court staff. Correction: Document #10 and #11 should be disregarded because: They were filed in Duplicate. The correct pleadings are Document #12 and #13. (Stanhope, Don) (Entered: 11/15/2004) |
| 11/30/2004 | 14 | Assented to MOTION for Extension of Time to December 13, 2004 to to file opposition to defendants' motion to dismiss by Harvey Petersiel, Jean Petersiel. (Levine, Kenneth) (Entered: 11/30/2004) |
| 12/03/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 14 Motion for Extension of Time to File Oppositon to Defendnat's Motion to Dismiss to 12/13/04 (Hourihan, Lisa) (Entered: 12/03/2004) |
| 12/13/2004 | 15 | Opposition re 4 MOTION to Dismiss, 10 First MOTION to Dismiss, 12 First MOTION to Dismiss filed by Harvey Petersiel. (Levine, Kenneth) (Entered: 12/13/2004) |

| | | |
|---|---|---|
| 12/16/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered terminating 10 Motion to Dismiss as this motion was filed in duplicate (Hourihan, Lisa) (Entered: 12/16/2004) |
| 12/16/2004 | 16 | MOTION for Leave to File *Reply Brief to Plaintiff's Opposition* by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc.. (Attachments: # 1 Exhibit Proposed Reply)(Campbell, James) (Entered: 12/16/2004) |
| 01/13/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 16 Motion for Leave to File Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. (Stanhope, Don) (Entered: 01/14/2005) |
| 01/13/2005 | 17 | REPLY Brief to Plaintiff's Opposition to Defendants' Motion to Dismiss. filed by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc.. (Stanhope, Don) (Entered: 01/14/2005) |
| 02/11/2005 | 18 | NOTICE of Temporary Withdrawal. filed by Harvey Petersiel, Jean Petersiel (Stanhope, Don) (Entered: 02/15/2005) |
| 02/24/2005 | | NOTICE of Hearing on Motion 12 First MOTION to Dismiss: Motion Hearing set for 4/25/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.(Hourihan, Lisa) (Entered: 02/24/2005) |
| 04/07/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 12 First MOTION to Dismiss by Bell Sports, Corp., Bell Sports, Inc., Giro Sport Design International, Inc. The complaint in this case makes clear that the statute of limitations on the claims asserted has expired. Moreover, the plaintiff acknowledged in a previous action arising out of the |

| | | |
|---|---|---|
| | | same incident -- dismissed for failure to serve process on the defendants -- that the dismissal of the action would "unduly prejudice th[e] plaintiff as the statute of limitations in this matter ha[d] expired and the plaintiff [would] be time barred from seeking relief from this Court." Petersiel v. Bell Sports Corp. et al., 03-CV-11841-RCL, Affidavit of counsel dated July 23, 2004 (Docket #5).(RCL, law2) (Entered: 04/07/2005) |
| 04/21/2005 | 19 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff (Hourihan, Lisa) (Entered: 04/21/2005) |
| 05/20/2005 | 20 | NOTICE OF APPEAL by Harvey Petersiel, Jean Petersiel. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/9/2005. (Stanhope, Don) (Entered: 05/23/2005) |