# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-1781

HARVEY PETERSIEL; JEAN PETERSIEL

Plaintiffs - Appellants

v.

BELL SPORTS CORPORATION; BELL SPORTS, INC.;
GIRO SPORT DESIGN INTERNATIONAL, INC.;
GSD LIQUIDATION, f/k/a Giro
Sport Design, Inc.

Defendants - Appellees

**NOTICE OF DEFAULT AND INTENT TO DISMISS**

**ORDER OF COURT**

Entered: 7/8/05

Upon filing of the Notice of Appeal, the filing fee*, required by Fed. R. App. P. 3(e) was supposed to be made to the Clerk of the District Court. Unless the fee is paid to the <u>Clerk of the District Court</u>, or unless a motion to proceed in forma pauperis on appeal pursuant to Fed. R. App. P. 24 is pending in the District Court and notice thereof is supplied to this court on or before 7/22/05, <u>this appeal will be dismissed</u>. Local Rule 3.

The appellant is presently in **default** as to this filing. If the fee is not paid on or before 7/22/05, <u>this appeal will be dismissed in accordance with Local Rule 3, for lack of prosecution.</u>

By the Court:

Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By_____
          Chief Deputy Clerk

cc:   Kenneth M. Levine
      James M. Campbell
      Mary M. McGoldrick
      John A.K. Grunert

Kenneth M. Levine, Esq.
Annenberg & Levine
370 Washington St.
Brookline, MA  02446

-----------------------------------------------------