USDC / MA
04 -12050
Lindsay, R.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1781

HARVEY PETERSIEL, ET AL.,

Plaintiffs, Appellants,

v.

BELL SPORTS CORPORATION, ET AL.,

Defendants, Appellees.

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: January 24, 2006

Plaintiff-appellants Harvey and Jean Petersiel appeal from the dismissal of their tort action by the United States District Court for the District of Massachusetts for failure to state a claim. The district court determined that their tort claims against defendants alleged to have supplied a defective bicycle helmet were barred by the applicable three-year statute of limitations. Mass. Gen. Laws. ch. 260, § 2A. We affirm pursuant to this court's Local Rule 27(c).

The plaintiff-appellants have resisted the time bar by arguing that, due to Harvey Petersiel's head trauma, the limitations period should be tolled in accordance with the 'discovery rule.' This contention must fail.

Under Massachusetts law, the proponent of tolling a limitations period has the burden of proof. <u>See</u> <u>McGuinness v.</u>

Cotter, 591 N.E.2d 659, 661-662 (Mass. 1992). The bare allegation in the complaint that Harvey Petersiel "suffered serious and permanent head trauma" and "has been and will be unable to pursue normal activities, including working and biking" do not meet this burden. Cf. Gore v. Daniel O'Connell's Sons, Inc., 461 N.E.2d 256, 259 (Mass. App. Ct. 1984)(no tolling of limitations period under discovery rule where effects of head trauma not inherently unknowable). Without support in the record, the Petersiels' tolling argument cannot prevail. Accordingly, the judgment of the district court will be affirmed as per Local Rule 27(c).

Affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 2/21/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[cc: Kenneth Levine, Esq., James Campbell, Esq., Mary McGoldrick, Esq., John Grunert, Esq.]